UNITED STATES DISTRICT COURT FOR ALASKA
AT FAIRBANKS

United States of America,
Ex. Rel. Falynn Lowe, and Qui tam,

Plaintiffs,

v.

FDNM, Fairbanks Daily News Miner, LLC,
Defendant.

4:22-cv-00010-JMK

**COMPLAINT**

**Qui tam**

RELATOR, **Falynn Lowe**, and Qui tam appearing pro se, on behalf of the United States of America, brings this action under 31 U.S.C. 3729-3732 (the federal false claims act or "FCA") to recover all damages, penalties and other remedies pursuant to the False Claims Act on behalf of the United States and themselves, and states:

I

JURISDICTION AND VENUE

1. Jurisdiction of this court arises under the FCA, 31 U.S.C. 3732 (a) and the federal question statute, 28 U.S.C. 1331. Jurisdiction also arises under 28 U.S.C. 1345 and 1355.

1

2. Venue is proper in this District pursuant to the FCA, 31 U.S.C. 3732 (a) which provides that "[a]ny action under section 3730 may be brought in any judicial district in which the defendant or in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act prescribed by section 1329 occurred." The Defendant named herein transacted business within this District. Venue is also proper under 28 U.S.C. 1391.

II

PARTIES

3. Plaintiff **Falynn Lowe** ("Relator" or "**Lowe**") is a natural person, a citizen of the United States, resident of Alaska.

4. Defendant **FDNM, Fairbanks Daily News-Miner, LLC. is an Alaskan Limited Liability Corporation** operating exclusively in Fairbanks, Alaska.

III

PLAINTIFF RELATOR IS AN ORIGINAL SOURCE

5. **Lowe** is the original source of, and has direct and independent knowledge of, nonpublic information upon which allegations herein are based. See 31 U.S.C. 3730 (e) (4) (B). See Fed. R. Civ P.9 (b); see also Ashcroft v. Iqbal, 556 U.S. 662 (2009); and Bell Atlantic Corp. v. Twombly, 425 F.3d 99 (2007).

2

IV

BACKGROUND

6. **Lowe** recently learned that **FDNM, Fairbanks Daily News-Miner, LLC** received PPP Loan money for an amount of **$587,500.00**. **See Exhibit A**.

COUNT I

RECEIVING PPP LOAN MONEY UNDER FALSE PRETENSES

7. All previous paragraphs are incorporated by reference herein.

8. Upon information and believe they were not closed during the required two months of April and May of 2020; in fact, they were not closed at all. **Lowe** knows for a fact that **Fairbanks Daily News-Miner** performed their duties as a **Newspaper Publisher** at all times during 2020. See Exhibits B1, B2, and B3.

RELIEF

9. Plaintiffs United States of America and Relator **Lowe** and Qui tam respectfully ask this Court to enter judgment against the Defendant and in favor of the Plaintiffs and Relator.

i. An award to the Plaintiffs United States of America of civil penalties to be determined at trial.

3

ii. An award to the Plaintiffs United States of America of three (3) times the damages the United States of America sustained because of the acts of the Defendant.

iii. An award to the Relator, **Lowe** and Qui tam of 25% of the proceeds of this action or any settlement, if the Government of the United States elects to intervene and proceed, or 30% of the proceeds if the Government does not so elect.

iv. Costs and attorney's fees as allowed by law, including the costs and fees of Relator's attorneys and the cost of the United States.

## DEMAND FOR A JURY TRIAL

On behalf of Plaintiffs United States of America and herself, and Relator **Falynn Lowe** and Qui tam hereby demand a jury trial as to all issues so triable.

## CERTIFICATE OF REVIEW BY RELATOR

This Complaint is being filed on **April 29, 2022**, in the United States District Court of Alaska. Before filing of this Complaint, the Relator reviewed all material allegations within it for their truth and veracity.

/s/ Falynn Lowe

Falynn Lowe
as Plaintiff-Relator
937 8th Ave.
Fairbanks, AK 99701
(931) 444-0232

4

## CERTIFICATE OF COMPLIANCE WITH 31 U.S.C. 3739

**THE UNDERSIGNED HEREBY CERTIFIES** that the foregoing Complaint shall be filed in camera with the District Court Clerk at Fairbanks, Alaska and shall remain under seal pursuant to 31 U.S.C. 3730 (b) (2). As soon as allowable, the Relator shall serve this Complaint upon all named Defendants through their counsel of record.

## CERTIFICATE OF FILING AND SERVICE

**I HEREBY CERTIFY** on this **29TH day of April, 2022**, a copy of the foregoing Complaint, was filed under seal. Pursuant to 31 U.S.C. 3730 (b) (2), no service shall be made upon the Defendants named herein until the seal is lifted by this Honorable Court. As soon as the seal is lifted, the undersigned shall serve the Defendants and their counsel with this Complaint.

*/s/ Falynn Lowe*
Falynn Lowe
937 8th Ave.
Fairbanks, AK 99701
(931) 444-0232

5





$587,500.00
PPP Loan Number 7576717000

This loan was approved on 4/7/2020, and has been fully repaid.

The SBA forgave $596,176.00 of this loan on 10/6/2021.

Company Overview

**Fdnm Fairbanks Daily News Miner, LLC**

**200 N. Cushman St**
**Fairbanks, AK 99701-2832**

Fdnm Fairbanks Daily News Miner, LLC is a Newspaper Publishers Limited Liability Company(LLC) located at 200 N. Cushman St Fairbanks, AK 99701-2832 with 56 employees.

| # of employees | Average salary | Business type |
|---|---|---|
| 56 | $50,357.00 /yr | Limited Liability Company(LLC) |

Just the thing you wanted
ebay

Loan Details

During round 1 of the paycheck protection program, Fdnm Fairbanks Daily News Miner, LLC requested a PPP loan for $587,500.00. They were approved on 4/7/2020 by the SBA for an amount of $587,500.00. The loan was facillitated by Mt. Mckinley Bank. Of the approved amount, Fdnm Fairbanks Daily News Miner, LLC has received 100% of the approved amount.



Approved
**$587,500.00**

Disbursed
**$587,500.00**

Originating Lender
**Mt. Mckinley Bank**

Servicing Lender
**Mt. Mckinley Bank**

SBA Code
**1084**

*EX. A*

Demographics

| Race | Ethnicity | Gender | Veteran |
|---|---|---|---|
| **Unanswered** | **Unknown/NotStated** | **Unanswered** | **Unanswered** |

No related loans found.

If this is your loan, click here if you would like your address hidden.

### Camden County Residents Charged In $1.4m Covid-19 Relief Fraud

Two Camden County residents have been charged for their role in a $1.4M COVID-19 relief fraud scheme.

Read more

### Chinese Man Found Guilty Of $20 Million Dollar PPP Fraud Scheme

Chinese national who lived in New York pled guilty in connection with a fraudulent scheme to obtain over $20 million.

Read more

This site is not affiliated with the SBA or any other governmental body. The data shown has been made available to the public by the SBA. No guarantees are made as to the accuracy of the data. Just because a loan has been flagged by our community does not indicate that the loan is fraudulent or that the company has acted in an illegal or immoral manner. The number of flags a loan has received does not represent the views of the SBA or this website's owners in any way. Data last refreshed on 1/31/2022.

https://www.newsminer.com/news/local_news/gi-employee-covid-19-survivor-already-working-from-home-when-exposed-to-virus/article_489a3344-77b0-11ea-94d4-9b1ec8b47214.html

# GI employee, COVID-19 survivor already working from home when exposed to virus

Staff Report, newsroom@newsminer.com
Apr 6, 2020

A Fairbanks woman who survived the coronavirus wants to put her fellow employees at the University of Alaska Fairbanks Geophysical Institute at ease.

Miriam Braun's story appeared in the Fairbanks Daily News-Miner last week.

"Apparently the article caused some panic among people there, thinking I may have exposed them," she said. "When I came in contact with COVID-19 at the medical office, I was already working from home. I want to ease the minds of those who work in the same building."

She works as a seismic data analyst at the Geophysical Institute.

Braun apologized for not clarifying this earlier. Unknown to her initially, concern grew considerably after the story was published. She received a few emails from fellow employees and the director of the Geophysical Institute also sent an email to employees clarifying when she was exposed, she said.

"I just don't want people to be scared," she said. "The fear seems to really be causing some issues."

Braun remains at home and recovering after two weeks of battling the disease. She was never hospitalized, although she expected that was going to happen. The fever broke on its own in the middle of the night. She continues to work at home.

She said from the time she was exposed, at a local clinic, she never went to the UAF Geophysical Institute.

MORE INFORMATION

Ex. B1

Fairbanks woman 'relieved and terrified' after recovering from COVID-19

Case 4:22-cv-00010-JMK   Document 1   Filed 05/04/22   Page 8 of 11

https://www.newsminer.com/news/local_news/working-from-home-shakes-things-up-at-alaska-earthquake-center/article_2de6abc8-8772-11ea-a51f-77866507508f.html

# Working from home shakes things up at Alaska Earthquake Center

Kyrie Long, klong@newsminer.com
Apr 26, 2020

The Alaska Earthquake Center is operating well despite university staff largely being sent to work from home.

"The Alaska Earthquake Center is reasonably accustomed to working remotely because three out of four earthquakes happen outside of work hours — nights, weekends, etc.," Director Michael West said.

Thank you for reading!

Please

log in, or sign up for a new account and

purchase a subscription to continue reading.

**Sign Up**  |  **Log In**

EX. B2

https://www.newsminer.com/news/local_news/first-covid-19-case-recorded-in-fairbanks-in-three-weeks/article_0d67e7bc-8cd7-11ea-b0a4-cbd5d6ec6c82.html

# First COVID-19 case recorded in Fairbanks in three weeks

Staff report newsroom@newsminer.com
May 2, 2020



This scanning electron microscope image shows SARS-CoV-2 (yellow)—also known as 2019-nCoV, the virus that causes COVID-19—isolated from a patient in the U.S., emerging from the surface of cells (blue/pink) cultured in the lab. Credit: NIAID-RML

Fairbanks recorded its first COVID-19 case in three weeks Saturday.  EX. B3

The Alaska Department of Health and Social Services reported that the case was that of a male age 60 to 69.

The case was the only new case in the state reported Saturday by the department in its daily update.

The update is from the previous day's 24-hour reporting period of 12 a.m. to 11:59 p.m.

Fairbanks residents account for 64 of the state's 365 total cases. Eighteen cases are of North Pole residents, and one is of an Eielson Air Force Base resident.

The state uses a person's place of residence when listing cases. That does not necessarily mean the person contracted the virus in that community or was tested for the virus in that community.

Seven more people have recovered from the virus, bringing the number of recoveries statewide to 261.

Nine Alaskans have died from COVID-19. Two of those deaths occurred in Fairbanks.

Contact the newsroom at 459-7572.